**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 24-1375**

─────────

SARAHIA BENN,

        Debtor - Appellant,

    v.

REBECCA A. HERR,

        Trustee - Appellee.

─────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Brendan A. Hurson, District Judge.  (1:24-cv-00746-BAH)

─────────

Submitted:  June 12, 2025                                    Decided:  June 16, 2025

─────────

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────

Affirmed in part, dismissed in part by unpublished per curiam opinion.

─────────

Sarahia Benn, Appellant Pro Se.

─────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sarahia Benn appeals the district court's order denying her motions for a temporary restraining order and a preliminary injunction. Absent extraordinary circumstances not present here, we lack jurisdiction to consider the denial of a motion for a temporary restraining order, *see Virginia v. Tenneco, Inc.*, 538 F.2d 1026, 1029-30 (4th Cir. 1976), we dismiss this portion of Benn's appeal. As to the denial of Benn's request for a preliminary injunction, we have reviewed the record and find no reversible error. *See Mountain Valley Pipeline, LLC v. W. Pocahontas Props. Ltd. P'ship*, 918 F.3d 353, 366 (4th Cir. 2019) (providing preliminary injunction standards). We therefore affirm the portion of the district court's order denying Benn's motion for a preliminary injunction. *Benn v. Hurr*, No. 1:24-cv-00746-BAH (D. Md. Mar. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED IN PART,*
*DISMISSED IN PART*